# United States Court of Appeals
## For the First Circuit

No. 19-1605

UNITED STATES,

Appellee,

v.

RODNEY RUSSELL, a/k/a Rod,

Defendant - Appellant.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: March 26, 2020

Defendant-appellant Rodney Russell has filed an Amended Emergency Motion for Temporary Bail. The Amended Motion is denied without prejudice to defendant presenting the Amended Motion to the district court.

By the Court:

Maria R. Hamilton, Clerk

cc:
William Stuart Maddox
Rodney Russell
Frank Todd Lowell
Joel B. Casey
Donald E. Clark
Julia M. Lipez
David R. Beneman